22 A.3d 1020

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jesus Manuel CRUZ, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**